Entered on Docket
July 26, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed July 26, 2010

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

CASPER J. RANKIN (CA SBN 249196)
TRAVIS J. LILLIE (CA SBN 267339)
PITE DUNCAN LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for CHASE HOME FINANCE, LLC, SUCCESSOR BY MERGER TO CHASE MANHATTAN MORTGAGE CORPORATION

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MICHAEL R GLUSZCZAK AND EVA KRUSZEWSKA,<br><br>Debtor(s). | Case No. 09-57159-RLE<br><br>Chapter 13<br><br>R.S. No. PXO-169<br><br>INTERIM ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>DATE: June 16, 2010<br>TIME: 10:00 a.m.<br>CTRM: 3099<br><br>280 South 1st St. #3035<br>San Jose, CA 95113-3099 |

The above-captioned matter came on for hearing on June 16, 2010, at 10:00 a.m., in courtroom 3099 of the San Jose Bankruptcy Court, upon the Motion of Chase Home Finance, LLC, successor by merger to Chase Manhattan Mortgage Corporation ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Michael R Gluszczak and Eva Kruszewska ("Debtors") commonly known as 821 Pescadero Dr, San Jose, California 95123 (the "Real Property"), which is legally described as follows:

> LOT 273, TRACT NO. 3981, WHICH MAP WAS FILED FOR RECORD IN THE OFFICE OF THE COUNTY RECORDER OF SANTA CLARA COUNTY ESTATE OF CALIFORNIA, ON JUNE 22, 1965 IN BOOK OF MAPS, NUMBERED 196 AT PAGES 10, 11 AND 12.

- 1 -

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. Debtors shall tender monthly payments in the amount of $1,975.87 on or before July 1, 2010, through and including December 1, 2010.

2. In the event the Debtors fail to make a payment as described in paragraph one (1), Movant shall provide written notice to Debtors at 821 Pescadero Drive, San Jose, CA 95123-3940, and to Debtors' attorney of record, Susan D. Silveira, at the Law Office of Susan Silveira, 1177 Branham Lane # 420, San Jose, CA 95118, indicating the nature of the default. If Debtors fail to cure the default with certified funds after the passage of ten (10) calendar days from the date said written notice is placed in the mail, then Movant may file an Ex Parte Declaration of Non-Cure and an Order Terminating the Automatic Stay with the court. Upon entry of said Order Terminating the Automatic Stay, the automatic stay shall be immediately terminated as to Movant, and Movant may proceed to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust and pursuant to applicable state law and thereafter commence any action necessary to obtain complete possession of the Real Property without further order or proceeding of this Court.

3. In the event the automatic stay is terminated, Movant shall be authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

4 Upon foreclosure, in the event Debtor fails to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law;

5. In the event the automatic stay is terminated, the Chapter 13 Trustee shall cease making payments in regard to Movant's claim filed in this bankruptcy case;

6. Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may /./././

not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case; and

7. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

APPROVED AS TO FORM:

DATED: July 19, 2010          /s/ Susan D. Silveira
                              SUSAN D. SILVEIRA
                              ATTORNEY FOR DEBTORS

** END OF ORDER **

# COURT SERVICE LIST

**ATTORNEY FOR MOVANT**

Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

**DEBTOR(S)**

Michael R Gluszczak
Eva Kruszewska
821 Pescadero Drive
San Jose, CA 95123-3940

**DEBTOR(S) ATTORNEY**

Susan D. Silveira
Law Office of Susan Silveira
1177 Branham Lane #420
San Jose, CA 95118

**CHAPTER 13 TRUSTEE**

Devin Derham-Burk
P.O. Box 50013
San Jose, CA 95150-0013

**U.S. TRUSTEE**

U.S. Trustee
Department of Justice
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004
**SERVED VIA ELECTRONIC FILING**

**OTHER LIENHOLDER(S)**

CitiMortgage, Inc.
P.O. Box 6006
The Lakes, NV 88901